## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:11cr183 |
| v. | : | Judge John M. Rogers |
| PAUL DAVID MUSGRAVE (1) | : | |
| RAYMOND GOLDBERG (2) | : | **NOTICE OF APPEARANCE** **AND REQUEST FOR DISCOVERY** |
| Defendants, | : | |

Now comes Attorney Charles W. Slicer, III and the Slicer Law Office and hereby enters their appearance on behalf of the Defendant, **Raymond Goldberg**.  Please direct all copies of future correspondences and pleadings to the undersigned Charles W. Slicer, III, as counsel for Defendant, Raymond Goldberg.

Defendant herein requests discovery pursuant to Criminal Rule 16.

Respectfully submitted,
**/s/Charles W. Slicer, III**
Charles W. Slicer, III (#0059927)
Attorney for Defendant-Raymond Goldberg
111 West First Street, Ste 518
Dayton, Ohio 45402
(937) 223-1100
(937) 223-8150 (Fax)
cslicer3@aol.com & amymorter@sbcglobal.net

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to all parties pursuant to the Clerk's CM/ECM electronic filing system on the date of the file-stamped hereon.

Assistant United States Attorney
Cincinnati, Ohio

SLICER LAW OFFICE
**/s/ Charles W. Slicer, III**
Charles W. Slicer, III (#0059927)
Attorney for Defendant-Raymond Goldberg
