IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:11cr183 |
| v. | : | Judge John M. Rogers |
| PAUL DAVID MUSGRAVE (1) | : | |
| RAYMOND GOLDBERG (2) | : | **MOTION TO RELEASE PASSPORT FOR LIMITED PURPOSES** |
| **Defendants,** | : | |

---

    Now comes the Defendant, **Raymond Goldberg,** by and through his counsel, Charles W. Slicer, III, and hereby requests this Honorable Court to release his passport for this limited purpose or for the Defendant to obtain a notarized/certified copy of the passport, so that the Defendant can obtain an Operator's License in the United States.  The Defendant is currently residing in the United States with an Australian Operator's License, which is due to expire in June 2012.  The Defendant needs the above-documentation in Order to secure a Virginia License.

    Respectfully submitted,
**/s/Charles W. Slicer, III**
Charles W. Slicer, III (#0059927)
Attorney for Defendant-Raymond Goldberg
111 West First Street, Ste 518
Dayton, Ohio 45402
(937) 223-1100
(937) 223-8150 (Fax)
cslicer3@aol.com & amymorter@sbcglobal.net

## CERTIFICATE OF SERVICE

 I hereby certify that a copy of the foregoing was sent to all parties pursuant to the Clerk's CM/ECM electronic filing system on the date of the file-stamped hereon.

 Assistant United States Attorney
 Cincinnati, Ohio

    SLICER LAW OFFICE
    **/s/ Charles W. Slicer, III**
    Charles W. Slicer, III (#0059927)
    Attorney for Defendant-Raymond Goldberg

**SLICER LAW OFFICES**
111 West First Street•Suite 518•Dayton•Ohio 45402•(937) 223-1100•Fax (937) 223-8150