## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:11cr183 |
| v. | : | Judge Timothy Black |
| PAUL DAVID MUSGRAVE (1) | : | |
| RAYMOND GOLDBERG (2) | : | **MOTION TO ALLOW DEFENDANT TO RELOCATE RESIDENCE** |
| Defendants, | : | |

Now comes the Defendant, **Raymond Goldberg,** by and through his counsel, Charles W. Slicer, III, and hereby requests this Honorable Court to allow him to relocate his current residence to 755 Nell Court, Mt. Pleasant, South Carolina 29464. The Defendant would like to enter into a one (1) year Lease Agreement on said property effective April 1, 2012. The Defendant has found employment in the Charleston Area and would like to relocate. The Defendant anticipates no further moves in the foreseeable future. A copy of the Residential Rental Agreement is attached hereto and incorporated herein by reference.

Respectfully submitted,
**/s/Charles W. Slicer, III**
Charles W. Slicer, III (#0059927)
Attorney for Defendant
111 West First Street, Ste 518
Dayton, Ohio 45402
(937) 223-1100
(937) 223-8150 (Fax)
cslicer3@aol.com

## CERTIFICATE OF SERVICE

 I hereby certify that a copy of the foregoing was sent to all parties pursuant to the Clerk's CM/ECM electronic filing system on the date of the file-stamped hereon.

        **SLICER LAW OFFICE**

        **/s/ Charles W. Slicer, III**
        Charles W. Slicer, III (#0059927)
        Attorney for Defendant